UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JASON CROWLEY                               CIVIL ACTION NO. 07-1475

VERSUS                                      JUDGE STAGG

TOOL                                        MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Jason Crowley ("Plaintiff") filed this civil action against the rock group Tool. Plaintiff alleges that the band used his name in its music and his likeness in videos that were played at concerts. Plaintiff also accuses the band of placing a ring in his apartment. He seeks $10,000,000.00 for invasion of privacy and trespass. Plaintiff moved to proceed *in forma pauperis*, but he did not meet the requirements and was ordered to pay the filing fee. Plaintiff has paid the fee in full.

Before the court is Plaintiff's Motion to Serve (Doc. 11), which asks the court to order the United States Marshal to assist with service. Federal Rule of Civil Procedure 4(c)(1) states that the plaintiff is responsible for service of a summons and complaint within the 120 days allowed under subdivision (m) to make service. Rule 4(c)(2) provides that, at the request of the plaintiff, the court may direct that service be effected by a United States marshal, and such an appointment must be made when the plaintiff is authorized to proceed *in forma pauperis*.

Plaintiff is not proceeding *in forma pauperis*, so the court has discretion as to whether to grant his request. Plaintiff's bare bones motion does not explain what efforts, if any, Plaintiff has made to effect service or obtain a valid waiver, and it does not include any explanation of why it is necessary to appoint the Marshal to make service. Plaintiff has not made a showing that would warrant the court's exercise of discretion to appoint the Marshal. Accordingly, the **Motion to Serve (Doc. 11)** is **denied**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 14th day of November, 2007.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE