UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JASON CROWLEY | CIVIL ACTION NO.: 5:07-CV-01475 |
| VERSUS | JUDGE STAGG |
| TOOL | MAGISTRATE JUDGE HORNSBY |

## MOTION TO DISMISS ON BEHALF OF PURPORTED DEFENDANT JAMES KEENAN

NOW INTO COURT, through the undersigned counsel, comes purported defendant, Maynard Keenan, referred to by the plaintiff herein as "James Keenan," who with respect represents:

1.

On January 16, 2008, plaintiff Jason Crowley ("Crowley") filed an a mended complaint naming James Keenan ("Keenan") as a purported defendant herein.

2.

In his amended complaint, Crowley alleges that he is entitled to damages for "defamation of character" and "invasion of privacy."

3.

Crowley's complaint, however, fails to state any basis for this court's exercise of subject matter jurisdiction in this matter.

4.

In addition, Crowley's complaint does not make any allegations as to how purported defendant Keenan is subject to in personam jurisdiction in this matter.

5.

Moreover, Crowley has failed to properly serve purported defendant Keenan with process.

6.

Accordingly, for the reasons stated more fully in the memorandum submitted herewith, the court should dismiss Crowley's Complaint for lack of subject matter jurisdiction, lack of in personam jurisdiction, insufficiency of process, and insufficiency of service of process.

7.

In support of this motion to dismiss, purported defendant Keenen submits the declaration of Martha Liermann at "Exhibit A" hereto.

WHEREFORE, for the reasons stated in the memorandum submitted herewith, purported defendant Keenan prays for a Judgment from this Honorable Court dismissing plaintiff Jason Crowley's claims for lack of subject matter jurisdiction, lack of in personam jurisdiction, insufficiency of process, and insufficiency of service of process.

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: *Herschel E. Richard*

Herschel E. Richard, Jr. #11229 (T.A)
Jason B. Nichols #28704

333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850

ATTORNEYS FOR PURPORTED
DEFENDANT JAMES KEENAN

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing was filed with the United States District Court for the Western District of Louisiana by electronic case filing/case management and that a copy of the same was either served on all counsel of record by electronic notification or by U.S. Mail, postage pre-paid.

Shreveport, Louisiana, this 3rd day of March, 2008.

_____
OF COUNSEL