

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

JASON CROWLEY

versus

CIVIL ACTION NO. 07-1475
JUDGE TOM STAGG

TOOL

## ORDER

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that the motion to dismiss filed by Maynard Keenan (Record Document 35) is **GRANTED**. All claims by the plaintiff against Maynard Keenan are **DISMISSED WITHOUT PREJUDICE**. As Maynard Keenan was the only remaining defendant and the claims against him have now been dismissed, the clerk is directed to close the case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 1st day of April, 2008.



JUDGE TOM STAGG